**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | No. 06-0002M |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Santos Garcia Gutierrez, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant's Notice of Substitution of Counsel. Upon good cause shown,

**IT IS HEREBY ORDERED** granting Defendant's Notice of Substitution of Counsel (Doc. #8).

DATED this 13th day of February, 2006.

David K. Duncan
United States Magistrate Judge