**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-0002M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Santos Garcia Gutierrez, | ) | |
| Defendant. | ) | |

This Court has received and considered the government's Motion to Dismiss Complaint (Dkt. #10).  The Court has confirmed Defense counsel does not oppose the dismissal without prejudice.

**IT IS ORDERED dismissing** the Complaint in this matter without prejudice as to Defendant Santos Garcia Guiterrez.

**IT IS FURTHER ORDERED releasing** Defendant Santos Garcia Gutierrez as to this case **only**.

DATED this 26th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge